## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERROL JELEEL DILLON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-3452** |
| **E. ADRIAN ADAMS, ET AL.** | **SECTION: "L"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims brought pursuant to 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this 12th day of June, 2024.

_____
**UNITED STATES DISTRICT JUDGE**